Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **MATRIX LUXURY HOMES, LLC** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-0968140** | |
| **4.** | **Debtor's address** | **Principal place of business** **10801 EAST HAPPY VALLEY ROAD #88 SCOTTSDALE, AZ 85255** Number, Street, City, State & ZIP Code  **MARICOPA** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **10801 EAST HAPPY VALLEY ROAD #88 SCOTTSDALE, AZ 85255** Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **MATRIX LUXURY HOMES, LLC**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Case 2:16-bk-09455-BKM    Doc 1    Filed 08/16/16    Entered 08/16/16 18:04:56    Desc
Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2
                           Main Document     Page 2 of 8

Debtor **MATRIX LUXURY HOMES, LLC**     Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | MATRIX LUXURY HOMES, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 16, 2016**
MM / DD / YYYY

X **/s/ TROY HUDSPETH**　　　　　　　　　　　**TROY HUDSPETH**
Signature of authorized representative of debtor　　Printed name

Title  **MANAGER**

**18. Signature of attorney**

X **/s/ Allan D. NewDelman**　　　　　　　Date **August 16, 2016**
Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

**Allan D. NewDelman**
Printed name

**Allan D. NewDelman, P.C.**
Firm name

**80 East Columbus Avenue**
**Phoenix, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone  **602-264-4550**　　Email address  **anewdelman@qwestoffice.net**

**004066**
Bar number and State

## United States Bankruptcy Court
### District of Arizona

In re  **MATRIX LUXURY HOMES, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# DECLARATION

I, the MANAGER of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __2__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **August 16, 2016**

**/s/ TROY HUDSPETH**  
**TROY HUDSPETH/MANAGER**  
Signer/Title

Date: **August 16, 2016**

**/s/ Allan D. NewDelman**  
Signature of Attorney  
**Allan D. NewDelman 004066**  
**Allan D. NewDelman, P.C.**  
**80 East Columbus Avenue**  
**Phoenix, AZ 85012**  
**602-264-4550   Fax: 602-277-0144**

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

MATRIX LUXURY HOMES, LLC -


ARIZONA DEPARTMENT OF REVENUE
TAX BANKRUPTCY & COLLECTIONS
1275 WEST WASHINGTON AVENUE
PHOENIX AZ 85007


DAN KEEN SERVICES INC
6855 NORTH 21ST AVENUE
PHOENIX AZ 85015


DEL MAR FINANCIAL & INVESTMENTS LLC
14301 NORTH 87TH STREET
SUITE 212
SCOTTSDALE AZ 85260


GUST ROSENFELD PLC
1 EAST WASHINGTON
SUITE 1600
PHOENIX AZ 85004


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JEREMYU THOMAS
3530 EAST MORELOS COURT
PHOENIX AZ 85015


LA FAMILIA FINANCIAL LTD
1772 EAST BOSTON STREET
SUITE 101
GILBERT AZ 85295


MARICOPA COUNTY TREASURER
PO BOX 52133
PHOENIX AZ 85072-2133


MARICOPA COUNTY TREASURER
301 WEST JEFFERSON
SUITE 100
PHOENIX AZ 85003


MARYLAND 32 LOAN COMPANY LLC
4600 EAST SHEA BLVD
SUITE 203
PHOENIX AZ 85028

MATRIX LUXURY HOMES, LLC -


MATRIX LUXURY HOMES LLC
21407 NORTH CENTRAL AVENUE
PHOENIX AZ 85024


METRO FIRE EQUIPMENT INC
63 SOUTH HAMILTON PLACE
GILBERT AZ 85233


RON HERB
5420 WEST ONYX AVENUE
GLENDALE AZ 85302


SIR MORTGAGE & FINANCE OF ARIZONA INC
4040 EAST CAMELBACK ROAD
SUITE 210
PHOENIX AZ 85018


TROON VILLAGE ASSOC
C/O AAM LLC
1600 WEST BROADWAY #200
TEMPE AZ 85282-1112

In re  **MATRIX LUXURY HOMES, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MATRIX LUXURY HOMES, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 16, 2016**  
Date

/s/ Allan D. NewDelman  
**Allan D. NewDelman 004066**  
Signature of Attorney or Litigant  
Counsel for **MATRIX LUXURY HOMES, LLC**  
**Allan D. NewDelman, P.C.**  
**80 East Columbus Avenue**  
**Phoenix, AZ 85012**  
**602-264-4550 Fax:602-277-0144**  
**anewdelman@qwestoffice.net**